EXHIBIT A

CASH COLLATERAL BUDGET STONYBROOK PARK, LLC

Anticipated revenues:

total spaces available for rent: 40

1. current mobile homes occupied: 12 @ $400 = $4,800

2. spaces rented: 18 @ $125 = $2,250

**Anticipated Total Revenue: $7,050**

Proposed expenses:

1. Mowing: $300

2. Electricity: $1500

3. Water & sewer: $300

4. Legal costs for evictions: $150

5. Owners draw: $1000

6. Adequate protection payments to Highlands Union Bank: $3000

**Total Proposed Expenses: $6,250.00**